AO-10 (WP)
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HOBBS, Truman M. | USDC (MD AL) | 5/19/08 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br><br> USDJ (Senior Status) | 5a. Report Type (check appropriate type) <br> ___Nomination, Date_____ <br> ___ Initial __X__ Annual ____ Final <br><br> 5b. ___ Amended Report | 6. Reporting Period <br><br> January 1, 2007 <br> to <br> December 31, 2007 |
|---|---|---|

| 7. Chambers or Office Address <br> U S Courthouse <br> 1 Church St. Suite D-300 <br> Montgomery, AL 36104 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

[ ] **NONE** (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

1. Director and officer of charitable foundation (Hobbs Foundation)

2. I am co-trustee of Trusts 5 and 6. I have no financial interests

3. in the trusts.

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

[X] **NONE** (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

[X] **NONE** (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).

[X] **NONE** (No reportable non-investment income.)

1.

2.

FINANCIAL DISCLOSURE OFFICE 2008 MAY 22 A 10: 49 RECEIVED

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

[X] **NONE** (No such reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PROVIDED OR PAID |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

[X] **NONE** (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

[X] **NONE** (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

*Value Codes:
J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| PxXXXXXXXx XXXXXXXX | HOBBS, Truman M. | 5/19/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. NOTE: In Section VII, same investments have been combined. ABBREVIATIONS USED: "C" for combined; "P" for page and "L" for line. | | | | | | | | | |
| 2. M Lynch CMA MF – C /P 18/L 14 | D | I/D | N | T | | | | | (in 2006 report) |
| 3. MUNICIPAL BONDS | | | | | | | | | |
| 4. City of Dothan AL | C | Int | | | Redeemed 9/4 L | | | | |
| 5. Baldwin Cty, AL | B | " | K | T | | | | | |
| 6. Ala St Pub Sch & Coll C: P 8 L 9; P 15 L 12, 13, 14, 17; P 20 L 12 | E | Int | O | " | Bought more 8/30 L | | | | |
| 7. Ala Drkg Wtr Fin C: P 6 L 7 | D | Int | M | T | | | | | |
| 8. Ala Wtr Pln Ctr C: P 5 L 16; P 15 L 9, P 16 L 12 | D | Int | M | T | | | | | |
| 9. UN ALA UN REV GEN C: P 3 L 12, 13, P 18 L 7; P 16 L 10 | D | Int | M | T | | | | | |
| 10. MTGY CTY ALA C: P 9 L 5 | B | Int | L | T | | | | | |
| 11. MOBILE CTY AL C: P 6 L 3. P 16 L 7 | C | Int | K | T | | | | | |
| 12. P 3 L 9 | | | | | | | | | |
| 13. P 3 L 9 | | | | | | | | | |
| 14. ENTERPRISE ALA WTS C: P 8 L 3. P 20, L 10 | D | Int | M | T | | | | | |
| 15. ALA BLDG RENOVATION | B | Int | K | T | | | | | |
| 16. Daphne AL Wts & Imp C: P 9 L 4 | C | Int | L | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., ent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE No r portable income, assets, or transactions.) | | | | | | | | | |
| COMMON STOCKS: | | | | | | | | | |
| KONINKL PHIL E | B | Div | M | T | | | | | |
| WACHOVIA CORP (NEW) C: P 11 L 9; P 17 L 14 | F | " | P1 | " | | | | | |
| CONOCO PHILLIPS C: P 10 L 17 | C | " | N | " | | | | | |
| INTERMEC | A | " | K | T | | | | | |
| BAXTER INTL INC | A | " | K | T | | | | | |
| DUKE ENERGY COMMON C: P 12 L 10 | C | " | M | " | | | | | |
| COLG PALM COMMON | A | " | K | " | | | | | |
| BARRICK GOLD COMM C: P 12 L 14  P 18 L 3 | A | " | K | " | | | | | |
| BERKSHIRE HATH DEL CL C: P 12 L 9.  P 14 L 3 | None | | M | T | | | | | |
| COHEN & STEERS REIT C: P 18 L 4 | C | Div | L | T | | | | | |
| EL PASO CORP COMM | A | Div | | | Sold | 3/9 | K | C | |
| SPECTRA ENERGY (spinoff from Duke En) | B | Div | L | T | Bought | 2/15 | L | | |
| KINDER MORGAN ENERGY C: P 18 L 7 | C | P/S | M | T | Bought More | 4/30 | 9/21 | | |
| WEYERHAEUSER CO C: P 12 L 3 | B | Div | L | T | | | | | |
| MUTUAL FUNDS: | | | | | | | | | |
| BLACKROCK INTER MF A 1 C: P 18 L 12/xx3 13 | E | I/D | N | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets or transactions) | | | | | | | | | |
| MUTUAL FUNDS ctd | | | | | | | | | |
| BLACKROCK MUNIENHANCED | E | I/D | O | T | | | | | |
| C: P 18 L 10 | | | | | | | | | |
| BLACKROCK MUNIVEST FUND | D | I/D | M | T | | | | | |
| DWS GOLD & PRECIOUS MET CL C | B | CG/Div | K | T | | | | | |
| MUNICIPAL BONDS | | | | | | | | | |
| | | | | | | | | | |
| MOBILE AL IDB SC | A | Int | | | Matured | 6/1 | K | D | |
| C: P 6 L 6 | | | | | | | | | |
| Ala HS Fin SF | C | Int | K | T | Part called | 10/11 & 4/2 | J | X | |
| C: P 6 L 2. P 6 L 8. P 6 L 13 | | | | | | | | | |
| HUNTSVILLE ALA HLTH | C | Int | K | T | | | | | |
| C: P 6 L 1. P 16 L 6 | | | | | | | | | |
| LAUDERDALE CTY HCA | B | Int | K | T | | | | | |
| HUNTSVI MDSN CTY ALA | B | Int | K | T | | | | | |
| ALA JUD BLDG AUTHY | | None | K | T | | | | | |
| P 3 L 8 | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| MUNICIPAL BONDS - ctd | | | | | | | | | |
| P 5 L 12 | | | | | | | | | |
| P 5 L 10/11 | | | | | | | | | |
| P 3 L 11 | | | | | | | | | |
| MTGY ALA BMC SPL C: P 15 L 10 | B | Int | K | T | | | | | |
| ALA STATE DOCKS | C | Int | | | Called | 10/1 | L | B | |
| MOBILE AL IDB PLTN | B | " | K | T | | | | | |
| P 3 L 7 | | | | | | | | | |
| P 5 L 10/11 | | | | | | | | | |
| AUTAUGA CTY AL BED | B | Int | K | T | | | | | |
| HOMEWOOD AL ED SA C: P 7 L 2. P 20, L 4 | C | Int | L | T | | | | | |
| AUTAUGA CTY AL PUB C: P 16 L 15. P7 L 16 | C | Int | L | T | | | | | |
| AUBURN ALA WTS | B | " | K | T | | | | | |
| P 5 L 10/11 | | | | | | | | | |
| CULLMAN CTY AL Wtr C: P16 L8; P20 L1 | D | Int | L | T | | | | | |
| MADISONCTY AL B/ED C: P6L16; P7L3; P20L2 P20L5 | D | Int | L | T | | | | | |
| P 6 L 15 | | | | | | | | | |
| TROY AL WTS C: P20L3 | C | Int | L | T | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assesment W=Estimated | T=Cash/Market | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

]

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| MUNICIPAL BONDS - ctd | | | | | | | | | |
| Florence Al Wts | B | Int | K | T | | | | | |
| P 6 L 10 | | | | | | | | | |
| P 6 L 15 | | | | | | | | | |
| MUTUAL FUNDS | | | | | | | | | |
| MFS Ala Mun Bd A | D | Div | M | T | | | | | |
| | | | | | | | | | |
| PUTNAM FD G & I | D | D/CG | L | T | | | | | |
| CLOSED END FUNDS | | | | | | | | | |
| Templeton Dragon | D | D/CG | L | T | | | | | |
| TriContinental | C | Div | N | T | | | | | |
| COMMON STOCKS | | | | | | | | | |
| Air Products | C | Div | M | T | | | | | |
| Wyeth | D | Div | M | T | | | | | |
| MUNICIPAL BONDS JEFFERSON CTY ALA | C | Int | L | T | | | | | |
| C: P20L6 | | | | | | | | | |
| VESTAVIA HILLS ALA | B | " | K | " | | | | | |
| P 6 L 11 | | | | | | | | | |
| OXFORD ALA REC WTS C: P20L7 | C | " | L | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| MUNICIPAL BONDS - ctd | | | | | | | | | |
| HUNTSVI ALA CAP IMPT C: P20L8 | C | Int | L | T | | | | | |
| AUBURN ALA UNIV REV C: P20L9 | C | Int | L | T | | | | | |
| P3 L14 | | | | | | | | | |
| TALLADEGA CTY ALA B/ED C: P20 L11 | C | Int | L | T | | | | | |
| MTGY AL TAX INC WTS | B | " | L | " | | | | | |
| DECATUR AL B/ED | B | " | K | " | | | | | |
| P 3 L 9 | | | | | | | | | |
| FAIRHOPE AL UTIL WTS | C | Int | L | T | | | | | |
| P 3 L 6 | | | | | | | | | |
| ALA ST B/ED SOU CMNTY | C | Int | L | T | | | | | |
| NORTHWEST ALA GAS | C | " | L | " | | | | | |
| BALDWIN CTY ALA B/ED C: P15L7 | C | " | L | T | | | | | |
| WARRIOR RI ALA WTR ATHY | C | " | L | " | | | | | |
| PHENIX CI ALA G/O | C | " | L | " | | | | | |
| COURTLAND AL IDB | C | " | L | " | | | | | |
| BLOUNT CTY AL WTR ATHY | C | " | K | " | | | | | |
| SHELBY CNTY AL B/ED | B | " | K | " | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets | B. Income (1) Amt. Code1 (A-H) | B. (2) Type | C. Value (1) Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. (1) Type | D. (2) Date Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller |
|---|---|---|---|---|---|---|---|---|---|
| NONE | | | | | | | | | |
| MUNICIPAL BONDS - ctd | C | | | | | | | | |
| 1 opelika ala wtr wks C: P16/L1 | X | Int | K | T | | | | | |
| 2 ROBERTSDALE AL WRTS | B | " | K | " | | | | | |
| 3 MOUNTAIN BROOK AL B/ED | B | " | K | " | | | | | |
| 4 P 3 L 16 | | | | | | | | | |
| 5 P 3 L 10 | | | | | | | | | |
| 6 MOBILE ALA PUB EDL | C | Int | L | T | | | | | |
| 7 FOLEY AL UTILS BRD | B | Int | K | T | | | | | |
| 8 DECATUR AL CAP IMPT C: P16L16 | C | " | L | T | | | | | |
| 9 MARSHALL CNTY ALA HLT | B | Int | K | T | bought | 5/3 | K | | |
| 10 PRATTVILLE ALA ECON | B | Int | K | T | Bought | 12/12 | K | | |
| 11 ELMORE CNTY ALA PUB ED | B | Int | K | T | Bought | 7/20 | K | | |
| 12 UN SOUTH ALA UNIV | C | Int | L | T | Bought | 6/18 | L | | |
| 13 ALBERTVILLE ALA G/O | B | Int | K | T | Bought | 3/12 | K | | |
| 14 OPP ALA WTS | C | Int | L | T | Bought | 9/27 | L | | |
| 15 HAMILTON ALA PUB BLDG | B | Int | K | T | Bought | 10/2 | K | | |
| 16 MTGY ALA SCH WTS | B | Int | K | T | Bought | 2/15 | K | | |
| 17 CLARKE & MOBILE CNTYS ALA GAS DIST | B | Int | K | T | Bought | 11/1 | K | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2 Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3 Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, TrumanM. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| MUNICIPAL BONDS - ctd | | | | | | | | | |
| 1 SOUTHEAST ALA GAS DIST | C | Int | L | T | Bought | 1/19 | L | | |
| 2 HUNTSVILLE ALA PBA LSE | C | " | L | T | Bought | 9/11 | L | | |
| 3 tuscaloosa ala wts | B | " | K | T | Bought | 1/30 | K | | |
| 4 PHENIX CI ALA SCH WTS | B | " | K | T | Bought | 4/27 | K | | |
| 5 OXFORD ALA WTS | B | " | K | T | Bought | 10/25 | K | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | • | | | | | | |
| 9 COMMON STOCKS | | | | | | | | | |
| 10 AT&T | D | Div | M | T | | | | | |
| 11 BP PLC (typing error in 2006 as PB) | D | " | M | " | | | | | |
| 12 | | | | | | | | | |
| 13 BR MY SQUIBB | E | Div | O | T | | | | | |
| 14 | | | | | | | | | |
| 15 CAMPBELL SOUP | C | Div | M | T | | | | | |
| 16 CHEVRON-TEXACO C: P13L17 | C | " | L | " | | | | | |
| 17 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| COMMON STOCKS - ctd | | | | | | | | | |
| 1 COCA COLA | D | Div | O | T | | | | | |
| 2 C: P14L7 COMPASS BANC | E | Div | | | Sold | 4/20 9/2 | P1 | P1 | |
| 3 EASTMAN CHEM | B | Div | K | T | | | | | |
| 4 EDS | A | Div | | | Sold | 6/13 | K | | |
| 5 EXXON MOBIL | D | " | N | T | | | | | |
| 6 Banco Bilbao Vizcaya (part of tender from Compass Banc) | D | Div | N | T | | | | | |
| 7 FANNIE MAE | B | " | L | T | | | | | |
| 8 GENERAL ELECTRIC | D | " | N | " | Bought more | 3/30 | K | | |
| 9 HARRAHS ENT | C | " | M | " | | | | | |
| 10 HARTFORD FIN SER | B | " | L | " | | | | | |
| 11 ITT IND C: P14L12 | B | " | L | " | | | | | |
| 12 IBM | B | " | M | " | | | | | |
| 13 JOHNSON & JOHNSON | D | " | O | " | | | | | |
| 14 LA PACIFIC | A | " | L | " | | | | | |
| 15 MEADWESTVACO | D | " | M | " | | | | | |
| 16 PPG | C | X&Div | M | " | | | | | |
| 17 P 4 L 3 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| COMMON STOCKS – ctd | | | | | | | | | |
| HILTON | A | Div | | | Sold | 10/25 | N | N | |
| RAYTHEON CO NEW | A | Div | J | T | | | | | |
| REGIONS FIN C: P14L9 | E | " | O | T | Part sold | 12/6 | M | M | |
| ROCHE HLDG LTD | B | Div | M | T | | | | | |
| | | | | | | | | | |
| St. Jude Medical C: P14L10 | | None | N | T | | | | | |
| SARA LEE | C | Div | M | T | | | | | |
| SCANA | C | " | M | " | | | | | |
| P 4 L 2 | | | | | | | | | |
| SUNTRUST BANK | D | " | O | " | | | | | |
| Synovus Fin | D | " | M | " | | | | | |
| TRINITY IND | A | " | L | " | | | | | |
| PFIZER C: P14L6 | D | " | N | " | | | | | |
| WILLIAMS COS IND | A | " | L | T | | | | | |
| CITIGROUP | B | " | K | " | | | | | |
| CONVERGYS CORP | | None | L | " | | | | | |
| COL PTYS TR C: P14L8. P17L17 | D | Div/CG | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=Mor than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| COMMON STOCKS -- ctd | | | | | | | | | |
| WALT DISNEY HLDG | A | Div | | | Sold | 6/13 | K | | |
| P 4 L 14 | | | | | | | | | |
| ZIMMER HLDGS INC | | None | M | T | | | | | |
| | | | | | | | | | |
| BECTON DICKINSON | B | Div | K | T | | | | | |
| COMPASS BANK | D | I/D | L | T | | | | | |
| STERLING BANK | | None - account closed | | | | | | | |
| COMMON STOCKS | | | | | | | | | |
| P 4 L 9 | | | | | | | | | |
| P 4 L 6 | | | | | | | | | |
| NEWELL RUBBERMAID | B | Div | L | T | | | | | |
| SMUCKER JM CO NEW | A | " | K | " | | | | | |
| PROCTER & GAMBLE | C | " | L | " | | | | | |
| P 4 L 8 | | | | | | | | | |
| BHP BILLITON | A | Div | L | T | | | | | |
| CAMECO CORP | A | Div | K | " | | | | | |
| CANADIAN NAT RES | A | Div | L | " | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B.(1) Amt. Code1 (A-H) | B.(2) Type (e.g., div., rent or int.) | C.(1) Value Code2 (J-P) | C.(2) Value Method Code3 (Q-W) | D.(1) Type | D.(2) Date Month-Day | D.(3) Value Code2 (J-P) | D.(4) Gain Code1 (A-H) | D.(5) Identity of buyer/seller |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) COMMON STOCKS | | | | | | | | | |
| CHESAPEAKE ENERGY | A | Div | L | T | | | | | |
| NYSE GROUP INC | A | " | K | " | | | | | |
| TIM HORTONS INC | A | " | L | T | | | | | |
| WENDYS INT | A | " | K | " | | | | | |
| REAL ESTATE | | | | | | | | | |
| ███ Land - unimpro land in Elmore Cty AL; purchased in 1969, 1976; swapped other land in 1998 for total interest of 33% - purchase prices less than $200,000 | C | P/S | N | R | | | | | |
| ███ Farm Property Waugh AL (Mtgy Cty AL) purchased in 1978 45 percent for less than $200,000 | D | P/S | L | R | | | | | |
| COMMON STOCKS | | | | | | | | | |
| TIME WARNER | A | Div | J | T | | | | | |
| MERCK | A | Div | K | T | | | | | |
| P 10 L 16 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets or transactions.) COMMON STOCKS - ctd | | | | | | | | | |
| 1   WALMART | B | Div | M | T | | | | | |
| 2   AIG | A | " | L | " | | | | | |
| 3   P 4 L 9 | | | | | | | | | |
| 4   CARDINAL HEALTH | A | Div | L | " | | | | | |
| 5   SOUTHERN CO | B | " | K | " | | | | | |
| 6   P 12 L 13 | | | | | | | | | |
| 7   P 11 L 2 | | | | | | | | | |
| 8   P 12 L 17 | | | | | | | | | |
| 9   P 12 L 3 | | | | | | | | | |
| 10  P 12 L 6 | | | | | | | | | |
| 11  WALGREEN CO | A | Div | L | T | | | | | |
| 12  P 11 L 11 | | | | | | | | | |
| 13  IRA #1 | E | I/D | N | T | | | | | |
| 14  - Merrill Lynch Bank USA RASP | | | | | | | | | |
| 15  -Berkshire Hath Del CL A | | | | | | | | | |
| 16  -Cohen & Steers R EIT & PFD Inc Fd | | | | | | | | | |
| 17  - Cohen & Steers Select Util Fund | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

IRAx#1xxxxconkxnned

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| IRA #1 -- continued | | | | | | | | | |
| - Progress Energy | | | | | | | | | |
| - 3M Co | | | | | | | | | |
| - First Eagle Global CLC | | | | | | | | | |
| - Thornburg Intl Value FdC | | | | | | | | | |
| MUNICIPAL BONDS | | | | | | | | | |
| | | | | | | | | | |
| Baldwin-Cty-AL P8 L12 | | | | | | | | | |
| | | | | | | | | | |
| P 3 L 9 | | | | | | | | | |
| P 6 L 4 | | | | | | | | | |
| Russell Cty AL Wts | B | Int | K | T | | | | | |
| P3 L 6 | | | | | | | | | |
| P 3 L 6 | | | | | | | | | |
| P 3 L 6 | | | | | | | | | |
| UN North AL Rev | C | Int | L | T | | | | | |
| Albertville AL Wts | B | " | K | " | | | | | |
| P 3 L 6 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets or transactions.) MUNICIPAL BONDS - ctd | | | | | | | | | |
| P 9 L 1 | | | | | | | | | |
| Ala St Ser A 5% | C | Int | L | T | | | | | |
| Cherokee Cty AL Wtrs | B | " | L | " | | | | | |
| Jefferson Cty Al Swr | B | " | L | " | | | | | |
| Ala 31st Ctr at Tob Sti | C | " | K | " | | | | | |
| P 5 L 12 | | | | | | | | | |
| P 3 L 11 | | | | | | | | | |
| P 6 L 14 | | | | | | | | | |
| Decatur AL Wts | A | " | K | " | | | | | |
| P3 L 9 | | | | | | | | | |
| Hoover Al Rfdg | B | " | L | T | | | | | |
| P 3 L 8 | | | | | | | | | |
| Huntsville AL Nat Gas | B | Int | L | T | | | | | |
| Ala MHFA Sptx | B | " | K | " | | | | | |
| P6 L 11 | | | | | | | | | |
| P 9 L 8 | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15.001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets or transactions.) | | | | | | | | | |
| COMMON STOCKS | | | | | | | | | |
| 1 Republic Svs Inc | C | Div | M | T | | | | | |
| 2 IMS Health | A | " | K | " | | | | | |
| 3 R H Donnelley Corp | | None | J | T | | | | | |
| 4 Dun & Bradstr CN | A | Div | K | T | | | | | |
| 5 Moody's Corp | A | " | L | " | | | | | |
| 6 Gartner Group | | None | J | " | | | | | |
| 7 Eli Lilly | C | Div | M | " | | | | | |
| 8 Schlumberger Ltd | C | " | N | " | Bought more | 10/30 | L | | |
| 9 Transocean Inc ( formerly Transocean Sedco For) | | None | L | T | Part Exchange | 11/27 | K | E | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 P 4 L 2 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 P 12 L 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15.001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| COMMON STOCKS – Ctd | | | | | | | | | |
| Cohen & Steers REIT | | | | | | | | | |
| MFA & PFD Inc Fd A | | Div | K | T | | | | | |
| P 4 L 8 | | | | | | | | | |
| P 4 L 10 | | | | | | | | | |
| Newmont Mining | A | Div | L | T | | | | | |
| | | | | | | | | | |
| P 4 L 13 | | | | | | | | | |
| Plum Creek Timber | C | CG Dist | M T | | Bought More 8/1 | | K | | |
| | | | | | | | | | |
| MUTUAL FUNDS | | | | | | | | | |
| P 5 L 2 | | | | | | | | | |
| P 4 L 16 | | | | | | | | | |
| | | | | | | | | | |
| P 3 L 2 | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real est te only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |

☐ **NONE** (No reportable income, assets, or transactions.)

| A | B1 | B2 | C1 | C2 | D1 | D2 | D3 | D4 | D5 |
|---|---|---|---|---|---|---|---|---|---|
| BANK DEPOSIT PROGRAM WITH BROKERAGE # 1 (Quoting from letter from Jud Conf of 10/5/2005 and my letter of 9/7/2007 to AO: "Reviewer to not regard as unaccounted for new assets" and "...any such funds (are placed) in various banks around the country." | | | | | | | | | |
| The following banks listed in 2006 report (reported on 5/15/07) WERE NOT USED in Year 2007: | | | | | | | | | |
| -Citibank USA | | | | | | | | | |
| Citibank Nevada | | | | | | | | | |
| -Citibank FSB | | | | | | | | | |
| -Citibank (West) FSB | | | | | | | | | |
| -Citibank Del | | | | | | | | | |
| -Cal Commerce Bank | | | | | | | | | |
| -Citibank (Banamex USA) | | | | | | | | | |
| -Citibank NA | D | Int | K | T | | | | | |
| -Citicorp Trust Bk | D | Int | K | T | | | | | |
| -Citibank NA South Dakota | F | " | L | T | | | | | |
| ================================================================= | | | | | | | | | |
| LIMITED PARTNERSHIPS: | | | | | | | | | |
| Onwestsia Fund Ltd P | F | Dist | P1 | T | | | | | |
| Ioka Fund Ltd P/S | G | " | " | " | | | | | |
| Ala Fund Ltd PS | G | " | P2 | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., uy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| MUNICIPAL BONDS | | | | | | | | | |
| 1 P 6 L 14 | | | | | | | | | |
| 2 P 6 L 15 | | | | | | | | | |
| 3 P 6 L 17 | | | | | | | | | |
| 4 P 6 L 10 | | | | | | | | | |
| 5 P 6 L 15 | | | | | | | | | |
| 6 P 7 L 14 | | | | | | | | | |
| 7 P 7 L 17 | | | | | | | | | |
| 8 P 8 L 1 | | | | | | | | | |
| 9 P 8 L 2 | | | | | | | | | |
| 10 P 3 L 14 | | | | | | | | | |
| 11 P 8 L 4 | | | | | | | | | |
| 12 P 3 L 6 | | | | | | | | | |
| 13 COMMON STOCKS | | | | | | | | | |
| 14 Grainger W W Inc | A | Div | J | T | Bought | 9/18 | J | | |
| 15 3M Co | A | " | J | T | " | 10/10 | J | | |
| 16 Medco Health Sol | | None | K | T | " | 10/10 | K | | |
| 17 Carpenter Technology | A | Div | L | T | " | 6/13 | L | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A= $1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |

| | NONE (No reportable income, assets, or transactions.) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | COMMON STOCKS - ctd | | | | | | | | |
| 1 | Freeport McMoran Cpr | A | Div | L | T | Bought 3/22 | L | | |
| 2 | W W Grainger | B | Div | L | T | Bought 3/22 | L | | |
| 3 | Geron Corp | | None | K | T | Bought 8/30 | K | | |
| 4 | Pioneer Nat Res | | None | L | T | Bought 10/5 | L | | |
| 5 | Senomyx Inc | | None | K | T | Bought 8/30 | K | | |
| 6 | | | | | | | | | |
| 7 | TRUST NO. 5 | | | | | | | | |
| | MUNICIPAL BONDS | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | - Mtgy Ala Med Clinic | | | | | Redeemed 3/1 | K | A | |
| 10 | - Bessemer Ala Med Cl | | | | | | | | |
| 11 | - Tuscaloosa Cty AL | | | | | Redeemed 2/1 | K | A | |
| 12 | - Un South Al Un | | | | | Redeemed 2/20 | K | B | |
| 13 | - Ala Drnk Wtr Fin Ahty | | | | | | | | |
| 14 | - Huntsvi Al Hlth Care | | | | | | | | |
| 15 | - Mtgy AL Edl Bldgs | | | | | | | | |
| 16 | - Mtgy Al BMC Spl Cr | | | | | | | | |
| 17 | - Huntsvi Al Wtrs | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| TRUST NO. 5 – continued | | | | | | | | | |
| MUNICIPAL BONDS – ctd | | | | | | | | | |
| - Lauderdale Cty & Fl Ala | | | | | | | | | |
| - Ala St Pub Sch & Coll | | | | | | | | | |
| - Jeff Cty Ala Sch Wts | | | | | | | | | |
| - Jeff Cty Al B/Ed | | | | | Redeemed | 2/13 | L | B | |
| - Mtgy Al BMC Spl Cr | | | | | | | | | |
| - Orange Bch Al Wtr Swer | | | | | | | | | |
| - Orange Bch AL Wtr Swer | | | | | | | | | |
| - Mtgy Al BMC Spl Cr | | | | | | | | | |
| - Ala St Pub Sch & Clg | | | | | | | | | |
| - Ala St Ser A OID | | | | | | | | | |
| - Jeff Cty Al Swr Rev | | | | | | | | | |
| - Jeff Cty AL Swr Rev | | | | | | | | | |
| - Auburn Un Ala Revs | | | | | | | | | |
| - Morgan Cty Al B/Ed | | | | | | | | | |
| - Bham AL Cap Impt | | | | | | | | | |
| - Ala MHFA Spyx | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 TRUST NO. 5 Ctd and MUNICIPAL BONDS – ctd | | | | | | | | | |
| 2 -~~HsxAlxGsnvRsxv~~ | | | | | | | | | |
| 3 -Un Ala Gen Rev | | | | | | | | | |
| 4 - Nrthwest Ala GSDT Al | | | | | | | | | |
| 5 - Ala St Brd Ed Rev | | | | | | | | | |
| 6 -Limestone Cnty AL B/Ed | | | | | | | | | |
| 7 -Ala Bldg Renovation | | | | | | | | | |
| 8 -Mtgy Cnty AL Pub | | | | | | | | | |
| 9 -Bham AL WWKS-Swr | | | | | Bought | 2/15 | K | | |
| 10 -Phenix City AL Wts | | | | | Bought | 2/5 | K | | |
| 11 -Harvst-Monrovia Wtr | | | | | Bought | 2/15 | K | | |
| 12 ================================================ | | | | | | | | | |
| 13 CORPORATE BOND | | | | | | | | | |
| 14 - NM Gen Mtrs Accept | | | | | | | | | |
| 15 COMMON STOCKS | | | | | | | | | |
| 16 - Wyeth | | | | | | | | | |
| 17 - BP Plc | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 TRUST NO. 5 Ctd and COMMON STOCKS - ctd | | | | | | | | | |
| 2 - Progress Energy | | | | | | | | | |
| 3 - Chevron Texaco | | | | | | | | | |
| 4 - Dow Jones Co | | | | | Exchange | 12/14 | K | E | |
| 5 - Halliburton | | | | | | | | | |
| 6 - EDS Corp | | | | | | | | | |
| 7 - Energen Corp | | | | | | | | | |
| 8 - Exxon Mobil | | | | | | | | | |
| 9 - Wachovia Corp New | | | | | | | | | |
| 10 - Flowers Foods Inc | | | | | | | | | |
| 11 - TriContinental Corp | | | | | | | | | |
| 12 - Verizon | | | | | | | | | |
| 13 - Idearc | | | | | | | | | |
| 14 - General Electric | | | | | | | | | |
| 15 - IBM | | | | | | | | | |
| 16 - Eli Lilly | | | | | | | | | |
| 17 - 3M Co | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2 501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| | Value Method Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| TRUST NO. 5 ctd and COMMON STOCKS - contd | | | | | | | | | |
| - Imation | | | | | | | | | |
| - Excel Energy | | | | | | | | | |
| - Illinois Tool Wks | | | | | | | | | |
| - Procter & Gamble | | | | | | | | | |
| - Royal Dutch | | | | | | | | | |
| - El Paso Energy | | | | | | | | | |
| - Southern Co | | | | | | | | | |
| Synovus Fin | | | | | | | | | |
| - Tupperware Corp | | | | | | | | | |
| - Citigroup | | | | | | | | | |
| St. Paul Travelers | | | | | | | | | |
| - Colonial Pptys T SBIAL | | | | | | | | | |
| - J M Smucker | | | | | | | | | |
| - Barrick Gold Corp | | | | | | | | | |
| - Cohen & Steers Select Util Fd | | | | | | | | | |
| - Regions Fin Corp | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| TRUST NO. 5 - ctd and COMMON STOCKS - ctd | | | | | | | | | |
| - Johnson & Johnson | | | | | | | | | |
| - Cohen & Steers REIT & Pfd Inc Fd | | | | | | | | | |
| - Kinder Morgan Energy Prtners | | | | | | | | | |
| - Lincoln Ntl Corp Ind NPV | | | | | | | | | |
| - Reliant Ennergy Inc | | | | | | | | | |
| - Schlumberger Ltd | | | | | Bought 10/11 K | | | | |
| - John Hancock G BL Tech CL A -MF | | | | | | | | | |
| - Templeton World Fd CL L - MF | | | | | | | | | |
| MF: Van Kampen Amer Cap Comstock CLA | | | | | | | | | |
| MF: DNP Select Income Fd | | | | | | | | | |
| TRUST NO. 6: | G | D/I | P1 | T | | | | | |
| - M Lynch CMA MF MUNICIPAL BONDS | | | | | | | | | |
| - Ala Wtr Plltn Ctl | | | | | | | | | |
| - Bham Jeff Al CGA | | | | | | | | | |
| - Ala St Pub Sch/Clg | | | | | | | | | |
| - Auburn Al Sch Wts | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| TRUST 6 - ctd and MUNICIPAL BONDS - ctd | | | | | | | | | |
| - Univ Ala Univ Revs | | | | | | | | | |
| - Alabama Judicial Bldg | | | | | Bought | 10/18 | K | | |
| CORPORATE BOND | | | | | | | | | |
| - NM Gen Mtrs Accpt | | | | | | | | | |
| COMMON STOCKS | | | | | | | | | |
| - Abbott Labs | | | | | | | | | |
| - Cardinal Health | | | | | | | | | |
| - Arvin Meritor | | | | | | | | | |
| - Baxter Intl | | | | | | | | | |
| - Compass Bank | | | | | Tender | 9/12 | O | G | |
| - Coca Cola | | | | | | | | | |
| - General Mills | | | | | Bought more | 9/21 | L | | |
| - Kellogg Co | | | | | | | | | |
| - Caremark | | | | | | | | | |
| - Pfizer | | | | | | | | | |
| - Altria | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| TRUST 6 - ctd and COMMON STOCKS - ctd | | | | | | | | | |
| - Regions Fin Corp | | | | | | | | | |
| - El Paso Corp | | | | | | | | | |
| - Suntrust Bank | | | | | | | | | |
| - Elan Corp PLC | | | | | | | | | |
| - Schlumberger Ltd | | | | | Bought more | 10/11 | K | | |
| - Wachovia Corp New | | | | | | | | | |
| - Edwards Life Sciences | | | | | | | | | |
| - Transocean Inc | | | | | Exchange | 11/27 | J | B | |
| - Intel Corp | | | | | | | | | |
| - Nortel Ntwks Corp | | | | | | | | | |
| - Cisco Systems | | | | | | | | | |
| - Johnson & Johnson | | | | | Bought more | 11/17 3/7 | K | | |
| - Hospira Inc | | | | | | | | | |
| - Cohen & Steers REIT & Pfd Inc Fd | | | | | | | | | |
| - Cohen & Steers REIT & Utilities Inc Fd | | | | | | | | | |
| - Becton & Dickinson | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/08 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| TRUST 6 - ctd and COMMON STOCKS - ctd | | | | | | | | | |
| - DuPont E I DeNemours | | | | | Bought more | 1/17 3/7 | | K | |
| - Eaton Vance Tax Man GLB | | | | | | | | | |
| - Duke Energy Corp New | | | | | | | | | |
| - Spectra Energy (Spinoff from Duke) | | | | | | | | | |
| - Amer Intl Group | | | | | Bought | 10/12 | | K | |
| - Banco B Viz Argt | | | | | Part of exchange with tender of Compass P 27 L 11 | | | C | |
| -Colonial Bank Gr | | | | | Bought | 3/27 | | K | |
| -Kinder Morgan Energy | | | | | Bought | 9/21 & 10/18 | | L | |
| - Medco Health Solutions | | | | | Bought | 10/11 | | K | |
| - Walgreen | | | | | Bought | 1/17 3/7 | | K | |
| - 3M Company | | | | | Bought | 10/11 | | K | |

| | | | | |
|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |

Value Method Codes: Q=Appraisal     R=Cost (real estate only)     S=Assessment     T=Cash/Market

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HOBBS, Truman M. | 5/19/08 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544